*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  November 12, 2015                106596
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,
        v                                    MEMORANDUM AND ORDER

KAILEE F. MESSORE,
                        Appellant.
_____


Calendar Date:   September 22, 2015

Before:  Peters, P.J., Rose, Lynch and Clark, JJ.

_____


        John P.M. Wappett, Public Defender, Lake George (Glenn B.
Liebert of counsel), for appellant.

        Kathleen B. Hogan, District Attorney, Lake George (Emilee
B. Davenport of counsel), for respondent.

_____


        Appeal from a judgment of the County Court of Warren County
(Hall Jr., J.), rendered November 15, 2012, convicting defendant
upon her plea of guilty of the crime of criminal possession of a
controlled substance in the third degree.

        Judgment affirmed.  No opinion.

        Peters, P.J., Rose, Lynch and Clark, JJ., concur.

ORDERED that the judgment is affirmed.




ENTER:

Robert D. Mayberger
Clerk of the Court